## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARK JIMENEZ,**

CASE NO: **2:19–CV–01458–TLN–KJN**

v.

**PETE BUTTIGIEG, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/9/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **February 9, 2024**

by: /s/  O. Clemente Licea
Deputy Clerk